# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                    MDL No. 2325

IN RE: BOSTON SCIENTIFIC CORP.
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                    MDL No. 2326

IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                    MDL No. 2327

## TRANSFER ORDER

**Before the Panel:**[*] Before the Panel are three dockets involving allegations of defects in various models of pelvic surgical mesh products manufactured by three groups of manufacturers.[1] Plaintiffs in almost twenty actions before the Panel have moved pursuant to 28 U.S.C. § 1407, to centralize all MDL No. 2325, MDL No. 2326, and MDL No. 2327 actions in the Southern District of West Virginia. In MDL No. 2325, defendant AMS has moved to centralize the MDL No. 2325 actions in the District of Minnesota or, alternatively, if the Panel deems centralization of three MDLs to be appropriate, suggests the Southern District of West Virginia as transferee district. This litigation currently consists of approximately150 actions spread across the country,[2] as listed on the attached schedules. The Panel has been notified of numerous additional potentially related actions.[3]

---

[*]        Judge W. Royal Furgeson, Jr. took no part in the decision of this matter.

[1]        American Medical Systems, Inc. and related entities (AMS); Boston Scientific Corp. (Boston Scientific); and Ethicon, Inc., Johnson & Johnson, and related entities (Ethicon).

[2]        Two additional actions were included in the MDL No. 2325 motion, and a third action was included in the motions to centralize MDL Nos. 2325 and 2327, but they have each been remanded to state court or voluntarily dismissed. An additional unrelated action inadvertently was included in the MDL No. 2327 Section 1407 motion, but movants have withdrawn that action from consideration on the motion.

[3]        These actions and any other related actions are potential tag-along actions. *See* Rules 1.1(h), 7.1, and 7.2.

-2-

Plaintiffs in over 100 actions and potentially related actions support centralization of all actions in the Southern District of West Virginia. Responding plaintiffs, alternatively or in the first instance, also have suggested other transferee districts for one or more of these MDLs, including the Eastern District of Louisiana, the Western District of Louisiana, the Eastern District of Pennsylvania, and the Northern District of California. Plaintiff in the District of New Jersey *Bienstock* action opposes centralization, and plaintiffs in the District of Nevada *Erwin* action request the Panel defer transferring their case until their motion for remand to state court is decided, but concede that if remand is denied, transfer is appropriate. Defendant Boston Scientific suggests centralization of the MDL No. 2326 actions in the Western District of Oklahoma or, if the Panel deems centralization of three MDLs in one district to be appropriate, supports the Southern District of West Virginia as transferee district. Defendant Ethicon suggests centralization of only the MDL No. 2327 actions in the District of New Jersey or, alternatively, the Northern District of Georgia.

Almost all parties agree that centralization of each of these separate MDLs is appropriate. The actions in each MDL share factual issues arising from allegations of defects in pelvic surgical mesh products manufactured by AMS, Boston Scientific, and Ethicon, respectively. Centralization therefore will eliminate duplicative discovery; prevent inconsistent pretrial rulings; and conserve the resources of the parties, their counsel and the judiciary. Moreover, centralization of each litigation is consistent with our decisions in *In re Mentor Corp. ObTape Transobturator Sling Products Liability Litigation*, MDL No. 2004, 588 F.Supp.2d 1374 (J.P.M.L. 2008); and *In re Avaulta Pelvic Support Systems Products Liability Litigation*, MDL No. 2187, 746 F.Supp.2d 1362 (J.P.M.L. 2010).

The central dispute among the parties is where each MDL should proceed. Most plaintiffs argue in favor of three MDLs proceeding in one district; namely, the Southern District of West Virginia. Defendants prefer centralization of each litigation in separate districts. We are persuaded that the Southern District of West Virginia is the most appropriate transferee forum for each of these MDLs. Chief Judge Joseph R. Goodwin of that district is currently presiding over MDL No. 2187, which involves claims of defects in similar pelvic surgical mesh products, and is uniquely situated to preside over the similar claims in these three MDLs. The pelvic surgical mesh products at issue in MDL Nos. 2325, 2326, and 2327 are used to treat similar conditions as those at issue in MDL No. 2187, and they have allegedly resulted in similar injuries. Almost all responding plaintiffs support centralization in this district, and defendants AMS and Boston Scientific concede that the Southern District of West Virginia is an appropriate transferee district. Finally, a number of these actions are brought by plaintiffs who were implanted with multiple products made by multiple manufacturers. Centralization of the three MDLs in one court will allow for coordination of any overlapping issues of fact in such multi-product, multi-defendant actions.[4]

_____

[4] The Panel has determined in consultation with the transferee judge to transfer actions involving multiple manufacturer defendants to the MDL involving the first named defendant in that action.

-3-

We will not delay transfer of the District of Nevada *Erwin* action. Plaintiffs can present their motion for remand to state court to the transferee court. *See, e.g., In re Ivy*, 901 F.2d 7 (2nd Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001). We similarly decline to exclude the District of New Jersey *Bienstock* action from MDL No. 2327, as it shares questions of fact with the actions in that MDL and does not appear to be so far advanced that it would not benefit from centralized proceedings.

We decline to include three of the actions listed on the MDL No. 2325 motion in centralized proceedings, as listed on Schedule B. After the motions to centralize were filed, plaintiffs in the District of Minnesota *Flight* action amended their complaint to bring claims only against an unrelated manufacturer. AMS is no longer named in this action and, therefore, it appears that it does not belong in MDL No. 2325. Additionally, the Southern District of West Virginia *Culbertson* action that was included in the initial motion for centralization in MDL No. 2325 is currently a part of MDL No. 2187, as it involves claims against C.R. Bard, Inc. (Bard). In transferring the claims against Bard in October 2011, the Panel separated and remanded claims against AMS to the District of South Carolina. The claims involving AMS, therefore, are still pending in the District of South Carolina, not in the Southern District of West Virginia. We have determined, however, that it is beneficial in this litigation for a particular action involving claims against multiple manufacturers to remain whole and proceed as one action. Therefore, the Panel will place the remaining claims in the District of South Carolina *Culbertson* action on a conditional transfer order for MDL No. 2187 in due course. Finally, the Western District of Louisiana *Waldroup* action, which names Boston Scientific as its first defendant, is included in the MDL No. 2325 motion for centralization but not on the MDL No. 2326 motion for centralization. As we have determined to transfer such multi-product, multi-defendant actions to the MDL involving the first named defendant, the Panel will not transfer this action with the present order, but will instead place the action on a conditional transfer order in MDL No. 2326.

On the basis of the papers filed and hearing session held we find that the actions contained in each MDL involve common questions of fact, and that centralization of each of MDL No. 2325, 2326 and 2327 in the Southern District of West Virginia will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that the motions for centralization of MDL No. 2325, MDL No. 2326, and MDL No. 2327 in the Southern District of West Virginia are granted.

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A, encompassing MDL No. 2325 actions involving AMS, are transferred to the Southern District of West Virginia and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin for coordinated or consolidated pretrial proceedings.

IT IS FURTHER ORDERED that transfer under Section 1407 of the three actions listed on Schedule B is denied.

-4-

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule C, encompassing MDL No. 2326 actions involving Boston Scientific, are transferred to the Southern District of West Virginia and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin for coordinated or consolidated pretrial proceedings.

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule D, encompassing MDL No. 2327 actions involving Ethicon, are transferred to the Southern District of West Virginia and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin for coordinated or consolidated pretrial proceedings.

PANEL ON MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED ON

FEB - 7 2012

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia
By_____ Deputy

_____
John G. Heyburn II
Chairman

Kathryn H. Vratil                  Barbara S. Jones
Paul J. Barbadoro                  Marjorie O. Rendell
Charles R. Breyer

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                    MDL No. 2325

## SCHEDULE A

Northern District of Alabama

Shannon Farr, et al. v. American Medical Systems, Inc., et al., C.A. No. 5:11-02767

District of Arizona

Kaylin Oldfather v. American Medical Systems, Inc., C.A. No. 2:11-02022

Central District of California

Jill Engledow v. Mentor Corporation, et al., C.A. No. 2:11-07391
Susan Galbreath, et al. v. Steve Seung Yil Koh, M.D., et al., C.A. No. 2:11-08387

Northern District of California

Ellen Ambroff, et al. v. American Medical Systems, Inc., C.A. No. 3:08-04289
Shellie Hill, et al. v. American Medical Systems, Inc., C.A. No. 3:11-04610
Judy Anna Winegardner, et al. v. American Medical Systems, Inc., C.A. No. 3:11-04611
Iona Metcalf, et al. v. American Medical Systems, Inc., C.A. No. 3:11-04612
Jenelle Hoover, et al. v. American Medical Systems, Inc., C.A. No. 3:11-04614
Kathleen Nichols-Gould, et al. v. American Medical Systems, Inc., C.A. No. 3:11-04616
Vicki Gray v. American Medical Systems, Inc., C.A. No. 3:11-04668
Kathleen Schmidt, et al. v. American Medical Systems, Inc., C.A. No. 3:11-04670
Francine Baia, et al. v. American Medical Systems, Inc., C.A. No. 3:11-04671
Summer Abrego v. American Medical Systems, Inc., C.A. No. 3:11-04672
Carole Chenoweth v. American Medical Systems, Inc., C.A. No. 3:11-05145
Patricia Hendricksen v. American Medical Systems, Inc., C.A. No. 3:11-05146
Sherry Maloney v. American Medical Systems, Inc., C.A. No. 3:11-05312
Lisa Roddy, et al. v. American Medical Systems, Inc., C.A. No. 4:11-03970
Michelle Arsenault v. American Medical Systems, Inc., C.A. No. 4:11-04343
Susan Petkovich, et al. v. American Medical Systems, Inc., C.A. No. 4:11-04613
Letitia Greene-Newton, et al. v. American Medical Systems, Inc. C.A. No. 4:11-04615
Veda Lester v. American Medical Systems, Inc., C.A. No. 4:11-04669
April Stevens v. American Medical Systems, Inc., C.A. No. 4:11-05143
Joette Boone, et al. v. American Medical Systems, Inc., et al., C.A. No. 4:11-05144
Cindy Wyatt, et al. v. American Medical Systems, Inc., C.A. No. 4:11-05147
Jan Glisson, et al. v. American Medical Systems, Inc., C.A. No. 5:11-04945
Ramona Foley, et al. v. American Medical Systems, Inc., C.A. No. 5:11-05014

- 2 -

**MDL No. 2325 Schedule A (Continued)**

    <u>District of Delaware</u>

Cathy Hoppe v. American Medical Systems, Inc., et al., C.A. No. 1:11-01012

    <u>District of District of Columbia</u>

Deborah Tedford v. American Medical Systems, Inc., C.A. No. 1:11-01472

    <u>Northern District of Florida</u>

Carolyn Finlay v. American Medical Systems, Inc., C.A. No. 3:11-00507

    <u>Northern District of Georgia</u>

Kimberly Williams v. American Medical Systems, Inc., et al., C.A. No. 1:11-02782
Cynthia Daniel, et al. v. American Medical Systems, Inc., C.A. No. 1:11-03261
Holly Johnson, et al. v. American Medical Systems, Inc., C.A. No. 1:11-03925
Patricia Ledford, et al. v. American Medical Systems, Inc., C.A. No. 1:11-03926
Lynn Pope, et al. v. American Medical Systems, Inc., C.A. No. 1:11-03928
Laurie Schultz v. American Medical Systems, Inc., C.A. No. 1:11-03929
Sonya Waren, et al. v. American Medical Systems, Inc., C.A. No. 2:11-00310
Tammy Powell, et al. v. American Medical Systems, Inc., C.A. No. 3:11-00159
Maritza Reneau, et al. v. American Medical Systems, Inc., C.A. No. 3:11-00180

    <u>Western District of Louisiana</u>

Patsy J. Brandao, et al. v. American Medical Systems Holdings Inc., et al.,
  C.A. No. 5:11-01767
JoAnn B. Pickard v. American Medical Systems Inc., et al., C.A. No. 5:11-01845

    <u>District of Maryland</u>

Robin Dahl v. American Medical Systems, Inc., C.A. No. 1:11-02925

    <u>District of Minnesota</u>

Amy Wells, et al. v. American Medical Systems, Inc., C.A. No. 0:11-02141
Bobbie Fearn, et al. v. American Medical Systems, Inc., C.A. No. 0:11-02502
JoAnn Hill v. American Medical Systems, Inc., C.A. No. 0:11-02589

- 3 -

**MDL No. 2325 Schedule A (Continued)**

<u>District of Nevada</u>

Carol S. Austin-Fink v. American Medical Systems, Inc., C.A. No. 2:09-01981
Connie Erwin, et al. v. American Medical Systems, Inc., et al., C.A. No. 2:11-01475
Debra Grumbles v. American Medical Systems, Inc., C.A. No. 2:11-01582

<u>Middle District of North Carolina</u>

Tamara Tucker, et al. v. American Medical Systems, Inc., et al., C.A. No. 1:11-00974

<u>Western District of Oklahoma</u>

Lisa Berry v. American Medical Systems, Inc., et al., C.A. No. 5:11-00748
Tina Gordon v. American Medical Systems Holdings Inc., et al., C.A. No. 5:11-01259
Jennifer Gaines, et al. v. American Medical Systems, Inc., C.A. No. 5:11-01299

<u>Eastern District of Pennsylvania</u>

Paulette Lewis v. American Medical Systems, Inc., C.A. No. 2:11-05445
Kathleen Craig, et al. v. American Medical Systems, Inc., C.A. No. 2:11-05462
Linda Osman, et al. v. American Medical Systems, Inc., C.A. No. 2:11-05465
Helga White v. American Medical Systems, Inc., et al., C.A. No. 2:11-05520
Jennifer Heiser v. Endo Pharmaceuticals, C.A. No. 2:11-06651
Maggie McEwan, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06652
Kathleen Kenton, et al. v. Endo Pharmaceuticals, C.A. No.  2:11-06653
Bernella Meche v. Endo Pharmaceuticals, C.A. No. 2:11-06654
Holli Allen, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06655
Mary Howard, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06656
Joann Cosma, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06657
Evelyn Bonilla, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06658
Jane Mixon, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06659
Helen Reaves v. Endo Pharmaceuticals, C.A. No. 2:11-06660
Mary Smith, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06661
Joann Fosbenner, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06662
Marie Quigley, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06663
April Perdue, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06664
Valinda Aumiller v. Endo Pharmaceuticals, et al., C.A. No. 2:11-06804
Gina Kolar v. Endo Pharmaceuticals, et al., C.A. No. 2:11-06805

**MDL No. 2325 Schedule A (Continued)**

<u>Eastern District of Pennsylvania</u> (Continued)

Candace Lyons v. Endo Pharmaceuticals, et al., C.A. No. 2:11-06806
Gearal Moneypenny, et al. v. Endo Pharmaceuticals, et al., C.A. No. 2:11-06807
Susan Cox v. Endo Pharmaceuticals, et al., C.A. No. 2:11-06808
Katherine Simmons v. Endo Pharmaceuticals, et al., C.A. No. 2:11-06809
Kaci Mitchell v. Endo Pharmaceuticals, C.A. No. 2:11-07131
Joycebeth Stoutamire v. Endo Pharmaceuticals, C.A. No. 2:11-07134
Gidget Crossett v. Endo Pharmaceuticals, C.A. No. 2:11-07135

<u>Western District of Texas</u>

Sandra Colon v. American Medical Systems, Inc., C.A. No. 1:11-00872

<u>District of Utah</u>

Jeanne Kramer, et al. v. American Medical Systems, Inc., C.A. No. 2:11-01004

<u>Western District of Washington</u>

Diane Horton, et al. v. American Medical Systems, Inc., et al., C.A. No. 3:11-05780

<u>Southern District of West Virginia</u>

Jessica Swaim, et al. v. American Medical Systems, Inc., et al., C.A. No. 2:11-00827
Virginia Johnson, et al. v. American Medical Systems, Inc., et al., C.A. No. 2:11-00933

**IN RE: AMERICAN MEDICAL SYSTEMS, INC.,**
**PELVIC REPAIR SYSTEM PRODUCTS**
**LIABILITY LITIGATION**                                 MDL No. 2325

## SCHEDULE B
## ACTIONS FOR WHICH TRANSFER IS DENIED

<u>Western District of Louisiana</u>

Bette G. Waldroup, et al. v. Boston Scientific Corp., et al., C.A. No. 3:11-01854

<u>District of Minnesota</u>

Marsha Flight, et al. v. American Medical Systems, Inc., et al., C.A. No. 0:11-01761

<u>Southern District of West Virginia</u>

Fronde Culbertson, et al. v. C. R. Bard, Inc., et al., C.A. No. 2:11-00796

IN RE: BOSTON SCIENTIFIC CORP.
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                          MDL No. 2326

## SCHEDULE C

Middle District of Alabama

Kimberly Barber, et al. v. Boston Scientific Corp., C.A. No. 2:11-00952

Northern District of Alabama

Anna Buchanan, et al. v. Boston Scientific Corp., C.A. No. 2:11-03946
Mary Nalley, et al. v. Boston Scientific Corp., C.A. No. 4:11-03521
Ava Kirkpatrick v. Boston Scientific Corp., C.A. No. 5:11-03759

District of Arizona

Catherine A. Avent v. Boston Scientific Corp., C.A. No. 2:11-02280

Central District of California

Sherry Herkal v. Boston Scientific Corp., et al., C.A. No. 2:11-08678

Northern District of California

Michelle Spence, et al. v. Boston Scientific Corp., C.A. No. 3:11-04961

Southern District of Florida

Marta Iglesias, et al. v. Boston Scientific Corp., C.A. No. 1:11-24263

Northern District of Georgia

Tami Goodson v. Boston Scientific Corp., C.A. No. 1:11-03023
Geraldine Bailey, et al. v. Boston Scientific Corp., C.A. No. 1:11-03981
Nicole Preston, et al. v. Boston Scientific Corp., C.A. No. 1:11-03982

Western District of Louisiana

Minnie V. Mann v. Boston Scientific Corp., C.A. No. 3:11-01785
Anita M. Jolly, et al. v. Boston Scientific Corp., C.A. No. 3:11-01871
Amanda Powell, et al. v. Boston Scientific Corp., C.A. No. 3:11-01876

- 2 -

**MDL No. 2326 Schedule C (Continued)**

<u>Western District of Louisiana</u> (Continued)

Nancy K. Williams v. Boston Scientific Corp., et al., C.A. No. 3:11-01938
Karen S. Weller v. Boston Scientific Corp., C.A. No. 5:11-01696

<u>Western District of North Carolina</u>

Patsy Meadows, et al. v. Boston Scientific Corp., C.A. No. 5:11-00143

<u>Western District of Oklahoma</u>

Terre Hammonds v. Boston Scientific, Inc., C.A. No. 5:11-00663

<u>District of South Carolina</u>

Donna Beatty, et al. v. Boston Scientific Corp., C.A. No. 2:11-03147
Lisa Daniels v. Boston Scientific Corp., C.A. No. 3:11-02849

<u>Middle District of Tennessee</u>

Tammy L. Kennamore v. Boston Scientific Corp., C.A. No. 3:11-01064

<u>Western District of Texas</u>

Leona Webb, et al. v. Boston Scientific Corp., C.A. No. 1:11-00873 )

<u>Southern District of West Virginia</u>

Brenda Moyer, et al. v. Boston Scientific Corp., C.A. No. 2:11-00810

IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                    MDL No. 2327

## SCHEDULE D

#### Northern District of Florida

Barbara Dykes v. Ethicon, Inc., et al., C.A. No. 3:11-00564

#### Southern District of Florida

Susan Thaman, et al. v. Ethicon, Inc., C.A. No. 2:11-14390

#### Middle District of Georgia

Amy Holland, et al. v. Johnson & Johnson, et al., C.A. No. 3:11-00135
Carrie Smith v. Ethicon, Inc., et al., C.A. No. 5:11-00467

#### Northern District of Georgia

Iris Geraldine Carr, et al. v. Ethicon, Inc., et al., C.A. No. 1:11-02217
Cathy Warlick, et al. v. Ethicon, Inc., et al., C.A. No. 1:11-02758
Doris Jackson v. Johnson & Johnson, et al., C.A. No. 1:11-03903
Quillan Garnett, et al. v. Johnson & Johnson, et al., C.A. No. 1:11-03904
Kathy Barton v. Gynecare, Inc., et al., C.A. No. 3:11-00176

#### Southern District of Georgia

Mary Luellen Kilday, et al. v. Johnson & Johnson, et al., C.A. No. 4:11-00286
Janice Swaney v. Johnson & Johnson, et al., C.A. No.4:11-00287
Mary F. Cone v. Ethicon, Inc., et al., C.A. No. 5:11-00110

#### District of Kansas

Joy Essman, et al. v. Ethicon, Inc., et al., C.A. No. 2:11-02595

#### Eastern District of Louisiana

Linda B. Ryan v. Johnson & Johnson, Inc., et al., C.A. No. 2:11-02751

#### Western District of Louisiana

Teri Key Shively, et al. v. Johnson & Johnson, et al., C.A. No. 3:11-00362
Terrie S. Gregory, et al. v. Johnson & Johnson Inc., et al., C.A. No. 3:11-01768

- 2 -

**MDL No. 2327 Schedule A (Continued)**

       <u>Western District of Louisiana</u> (Continued)

Tina Morrow, et al. v. Johnson & Johnson Inc., et al., C.A. No. 3:11-01866
Susan C. Hayes, et al. v. Johnson & Johnson Inc., et al., C.A. No. 3:11-01897
Charlene Logan Taylor v. Johnson & Johnson Inc., et al., C.A. No. 5:11-01894
Shirley Carroll, et al. v. Johnson & Johnson Inc., et al., C.A. No. 5:11-01937

       <u>Southern District of Mississippi</u>

Polly Middlebrook v. Ethicon, Inc., C.A. No. 4:11-00169

       <u>Western District of Missouri</u>

Sandra L. Woolfe v. Ethicon, Inc., et al., C.A. No. 4:11-01040

       <u>District of New Jersey</u>

Caryn Bienstock v. Ethicon, Inc., et al., C.A. No. 3:11-04080

       <u>Northern District of New York</u>

Kathleen Wolfe v. Ethicon, Inc., C.A. No.  6:11-00180

       <u>Northern District of Ohio</u>

Judy White, et al. v. Ethicon, Inc., et al., C.A. No. 1:11-01562
Joann Heather, et al. v. Ethicon, Inc., et al., C.A. No. 5:11-02012

       <u>Southern District of Ohio</u>

Sharon Boggs, et al. v. Ethicon, Inc., C.A. No. 1:11-00516

       <u>Eastern District of Pennsylvania</u>

Joanna Jacobson v. Ethicon, Inc., C.A. No. 2:11-05591
Rose Gomez, et al. v. Ethicon, Inc., C.A. No. 2:11-05625
Amanda Deleon, et al. v. Ethicon, Inc., C.A. No. 5:11-05538

- 3 -

**MDL No. 2327 Schedule A (Continued)**

        <u>Western District of Pennsylvania</u>

Deborah A. Smith v. Ethicon, Inc., C.A. No. 1:11-00279

        <u>District of South Carolina</u>

Charlotte Hargrove v. Johnson & Johnson, et al., C.A. No. 2:11-03242

        <u>Eastern District of Tennessee</u>

Helen Brown, et al. v. Johnson & Johnson, et al., C.A. No. 3:11-00483

        <u>District of Utah</u>

Carol Dimock v. Ethicon, Inc., et al., C.A. No. 2:11-01048

        <u>Western District of Washington</u>

Dawna Hankins v Ethicon, Inc., C.A. No. 2:11-01635

        <u>Southern District of West Virginia</u>

Wilma Johnson v. Ethicon, Inc., C.A. No. 2:11-00809

        <u>Eastern District of Wisconsin</u>

Deborah Lozano, et al. v. Ethicon, Inc., C.A. No. 2:11-00836



Activity in Case MDL No. 2325 IN RE: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation Initial Transfer Order (Transferee Clerk)

JPMLCMECF  to:  JPMLCMDECF                                02/07/2012 02:26 PM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

### United States

### United States Judicial Panel on Multidistrict Litigation

**Notice of Electronic Filing**

The following transaction was entered on 2/7/2012 at 2:26 PM EST and filed on 2/7/2012

| | |
|---|---|
| **Case Name:** | IN RE: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2325 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Hill et al v. American Medical Systems, Inc. |
| **Case Number:** | <u>CAN/3:11-cv-04610</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | COSMA, ET AL. v. ENDO PHARMACEUTICALS |
| **Case Number:** | <u>PAE/2:11-cv-06657</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee**

district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Schmidt et al v. American Medical Systems, Inc. |
| **Case Number:** | <u>CAN/3:11-cv-04670</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Gordon v. American Medical Systems Holdings Inc et al |
| **Case Number:** | <u>OKW/5:11-cv-01259</u> |
| **Filer:** | |

**Document Number:**    No document attached

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

**Case Name:**    Arsenault v. American Medical Systems

**Case Number:**    <u>CAN/4:11-cv-04343</u>

**Filer:**

**Document Number:**    No document attached

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant

information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | MCEWAN et al v. ENDO PHARMACEUTICALS |
| **Case Number:** | PAE/2:11-cv-06652 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | AUMILLER v. ENDO PHARMACEUTICALS et al |
| **Case Number:** | PAE/2:11-cv-06804 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to
your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, states...An order to transfer or remand pursuant to 28
U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee
district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u>
page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant
information pertaining to transfer of files and termination and remand of
transferred actions; and publications such as the <u>Ten Steps To Better Case</u>
<u>Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the
<u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Kramer et al v. American Medical Systems |
| **Case Number:** | <u>UT/2:11-cv-01004</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to
your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, states...An order to transfer or remand pursuant to 28
U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee
district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u>
page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant
information pertaining to transfer of files and termination and remand of
transferred actions; and publications such as the <u>Ten Steps To Better Case</u>

**Management: A Guide for Multidistrict Litigation Transferee Court Clerks** and the **District Court Clerks Manual - Multidistrict Litigation - Chapter 11**.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | LEWIS v. AMERICAN MEDICAL SYSTEMS, INC. |
| **Case Number:** | PAE/2:11-cv-05445 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the **Clerk Resources** page of the Panel website including: a **Letter to Transferee Clerks** with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the **Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks** and the **District Court Clerks Manual - Multidistrict Litigation - Chapter 11**.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Austin-Fink v. American Medical Systems, Inc. |
| **Case Number:** | NV/2:09-cv-01981 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Farr et al v. American Medical Systems, Inc. et al |
| **Case Number:** | ALN/5:11-cv-02767 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Jill Engledow v. Mentor Corporation et al |
| **Case Number:** | CAC/2:11-cv-07391 |
| **Filer:** | |
| **WARNING: CASE CLOSED on 11/22/2011** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Reneau et al v. American Medical Systems, Inc. |
| **Case Number:** | GAN/3:11-cv-00180 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | OSMAN et al v. AMERICAN MEDICAL SYSTEMS, INC. |
| **Case Number:** | PAE/2:11-cv-05465 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Dahl v. American Medical Systems, Inc. |
| **Case Number:** | MD/1:11-cv-02925 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | ALLEN et al v. ENDO PHARMACEUTICALS |
| **Case Number:** | PAE/2:11-cv-06655 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Johnson et al v. American Medical Systems, Inc. |
| **Case Number:** | GAN/1:11-cv-03925 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | PERDUE et al v. ENDO PHARMACEUTICALS |
| **Case Number:** | PAE/2:11-cv-06664 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Grumbles v. American Medical Systems, Inc. |
| **Case Number:** | NV/2:11-cv-01582 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to

your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case</u> <u>Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| Case Name: | Chenoweth v. American Medical Systems, Inc. |
|---|---|
| Case Number: | <u>CAN/3:11-cv-05145</u> |
| Filer: | |
| Document Number: | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case</u> <u>Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

Maloney v. American Medical Systems,

**Case Name:**    Inc.

**Case Number:**  CAN/3:11-cv-05312

**Filer:**

**Document
Number:**        No document attached

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to
your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, states...An order to transfer or remand pursuant to 28
U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee
district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u>
page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant
information pertaining to transfer of files and termination and remand of
transferred actions; and publications such as the <u>Ten Steps To Better Case
Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the
<u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

**Case Name:**    Cathy Hoppe v. American Medical Systems Inc
                  et al

**Case Number:**  DE/1:11-cv-01012

**Filer:**

**Document
Number:**        No document attached

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to
your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, states...An order to transfer or remand pursuant to 28
U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee

district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Gaines et al v. American Medical Systems Inc |
| **Case Number:** | OKW/5:11-cv-01299 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Ledford et al v. American Medical Systems, Inc. |
| **Case Number:** | GAN/1:11-cv-03926 |
| **Filer:** | |

**Document Number:**              No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

**Case Name:**        Susan Galbreath et al v. Steve Seung Yil Koh, MD et al

**Case Number:**      <u>CAC/2:11-cv-08387</u>
**Filer:**
**Document Number:**              No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant**

information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Boone et al v. American Medical Systems, Inc. et al |
| **Case Number:** | <u>CAN/4:11-cv-05144</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | SIMMONS v. ENDO PHARMACEUTICALS et al |
| **Case Number:** | <u>PAE/2:11-cv-06809</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Winegardner et al v. American Medical Systems, Inc. |
| **Case Number:** | <u>CAN/3:11-cv-04611</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case</u>

<u>Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Schultz v. American Medical Systems, Inc. |
| **Case Number:** | <u>GAN/1:11-cv-03929</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Petkovich et al v. American Medical Systems, Inc. |
| **Case Number:** | <u>CAN/4:11-cv-04613</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | LYONS v. ENDO PHARMACEUTICALS et al |
| **Case Number:** | <u>PAE/2:11-cv-06806</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | WHITE v. AMERICAN MEDICAL SYSTEMS, INC. et al |
| **Case Number:** | PAE/2:11-cv-05520 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Brandao et al v. American Medical Systems Holdings Inc et al |
| **Case Number:** | LAW/5:11-cv-01767 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Foley et al v. American Medical Systems, Inc. |
| **Case Number:** | <u>CAN/5:11-cv-05014</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Roddy et al v. American Medical Systems, Inc. |
| **Case Number:** | CAN/4:11-cv-03970 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | TEDFORD v. AMERICAN MEDICAL SYSTEMS, INC. |
| **Case Number:** | DC/1:11-cv-01472 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to

your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Nichols-Gould et al v. American Medical Systems, Inc. |
| **Case Number:** | CAN/3:11-cv-04616 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

FINLAY v. AMERICAN MEDICAL SYSTEMS

| | |
|---|---|
| **Case Name:** | INC |
| **Case Number:** | FLN/3:11-cv-00507 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | CROSSETT v. ENDO PHARMACEUTICALS |
| **Case Number:** | PAE/2:11-cv-07135 |
| **Filer:** | |
| **WARNING: CASE CLOSED on 11/17/2011** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28

U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | MECHE v. ENDO PHARMACEUTICALS |
| **Case Number:** | PAE/2:11-cv-06654 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Pickard v. American Medical Systems Inc et al |
| **Case Number:** | LAW/5:11-cv-01845 |

**Filer:**

**Document Number:**     No document attached

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

**Case Name:**     Baia et al v. American Medical Systems, Inc.

**Case Number:**     <u>CAN/3:11-cv-04671</u>

**Filer:**

**Document Number:**     No document attached

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the <u>Clerk Resources</u>**

page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Oldfather v. American Medical Systems Incorporated |
| **Case Number:** | <u>AZ/2:11-cv-02022</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Metcalf et al v. American Medical Systems, Inc. |
| **Case Number:** | <u>CAN/3:11-cv-04612</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Gray v. American Medical Systems, Inc. |
| **Case Number:** | CAN/3:11-cv-04668 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case

**Management: A Guide for Multidistrict Litigation Transferee Court Clerks** and the
**District Court Clerks Manual - Multidistrict Litigation - Chapter 11**.

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Erwin et al v. American Medical Systems, Inc. et al |
| **Case Number: Filer:** | NV/2:11-cv-01475 |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the** Clerk Resources **page of the Panel website including: a** Letter to Transferee Clerks **with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the** Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks **and the** District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Waren et al v. American Medical Systems, Inc. |
| **Case Number: Filer:** | GAN/2:11-cv-00310 |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | CRAIG et al v. AMERICAN MEDICAL SYSTEMS, INC. |
| **Case Number:** | <u>PAE/2:11-cv-05462</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Abrego v. American Medical Systems, Inc. |
| **Case Number:** | CAN/3:11-cv-04672 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | REAVES v. ENDO PHARMACEUTICALS |
| **Case Number:** | PAE/2:11-cv-06660 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | TUCKER, et al v. AMERICAN MEDICAL SYSTEMS, INC., et al |
| **Case Number:** | NCM/1:11-cv-00974 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Daniel et al v. American Medical Systems, Inc. |
| **Case Number:** | GAN/1:11-cv-03261 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Greene-Newton et al v. American Medical Systems, Inc. |
| **Case Number:** | CAN/4:11-cv-04615 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to

your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Lester v. American Medical Systems, Inc. |
| **Case Number:** | CAN/4:11-cv-04669 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

Pope et al v. American Medical Systems,